No. 626. DANIELS ET AL. v. ALLEN, WARDEN (certiorari granted, 342 U. S. 941), argued April 28, 1952;

No. 643. SPELLER v. ALLEN, WARDEN (certiorari granted, 342 U. S. 953), argued April 29, 1952;

No. 670. BROWN v. ALLEN, WARDEN (certiorari granted, 343 U. S. 903), argued April 29, 1952; and

No. 669. UNITED STATES EX REL. SMITH v. BALDI, SUPERINTENDENT (certiorari granted, 343 U. S. 903), argued April 29–30, 1952. These cases are ordered restored to the docket for reargument and are assigned for hearing at the head of the call for Monday, October 13th.

No. 353, October Term, 1950. LAND ET AL. v. DOLLAR ET AL., 340 U. S. 884. It is ordered that petitioners' motion for leave to file a motion for reconsideration of the denial of certiorari be continued on the docket.

No. 623. PEREZ v. CALIFORNIA ET AL.;

No. 233, Misc. PIANEZZI v. HEINZE, WARDEN; and

No. 484, Misc. ROBINSON v. LOUISIANA. Consideration of the applications for writs of certiorari in these cases is deferred pending further action in the case of *Dixon* v. *Duffy,* No. 79, October Term, 1951, *ante,* p. 393.

No. 440, Misc. TAYLOR v. STEELE, SUPERINTENDENT. C. A. 8th Cir. Certiorari denied. Motion for leave to file petition for writ of habeas corpus also denied. Petitioner *pro se. Solicitor General Perlman, Assistant Attorney General McInerney, Robert S. Erdahl* and *John R. Wilkins* for respondent.

No. 500, Misc. FORTUNE v. HARRIS, SUPERINTENDENT. Court of Appeals of New York. Certiorari denied. Motion for leave to file petition for writ of habeas corpus also denied.